Columbus JOHNSON, Movant, v. COMMONWEALTH of
Kentucky, Opposed.

October 24, 1947.

Walter Chyle, Wilbur Chyle and R. K. Myers for movant.

Eldon S. Dummit, Attorney General, and H. K. Spear, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Conviction for selling liquor in local option territory with a fine of $100, and imprisonment of 30 days in jail. Motion for appeal overruled and judgment affirmed.

John F. BEAIRD, et al., D/B/A Gasoline Transport Company, Movant, v. SUMMERS-HERRMAN, Opposed.

October 27, 1947.

Hubert T. Willis for movant.

Skaggs, Hays & Fahey opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.